UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SABRINA M. FLECHSIG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-00194-RLY-DKL |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Sabrina M. Flechsig, Plaintiff, filed a request for judicial review of the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, to deny her application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 *et seq*. The court referred the matter to the Magistrate Judge, who issued her Report and Recommendation. The Magistrate Judge concluded that the Administrative Law Judge ("ALJ") erred by failing to justify his credibility assessment of Plaintiff and failing to address evidence of chronic obstructive pulmonary disease and associated breathing problems. The Magistrate Judge accordingly recommended that the matter be remanded for reconsideration by the ALJ. Neither party objects. Consequently, the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the record, this court is satisfied that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 21), **REVERSES** the decision of the ALJ, and **REMANDS** the matter to the ALJ for further proceedings.

**SO ORDERED** this 11th day of March 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.